Michael G. Woods, # 058683-0  
McCormick, Barstow, Sheppard,  
Wayte & Carruth LLP  
P.O. Box 28912  
5 River Park Place East  
Fresno, CA  93720-1501  
Telephone:     (559) 433-1300  
Facsimile:      (559) 433-2300  

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants  
UNITED SECURITY BANK and UNITED SECURITY BANCSHARES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE GARCIA and TAMMY DENNISON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED SECURITY BANK NA; UNITED SECURITY BANCSHARES and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.  1:08-CV-00561-LJO-DLB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs SUZANNE GARCIA and TAMMY DENNISON and Defendants UNITED SECURITY BANK and UNITED SECURITY BANCSHARES that the Complaint filed herein shall be dismissed with prejudice.

Dated: July 10, 2009

　　　　　　　　　　　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD,  
　　　　　　　　　　　　　　　　　　　　　　　WAYTE & CARRUTH LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Michael G. Woods　　　　  
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL G. WOODS  
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants  
　　　　　　　　　　　　　　　　　　　UNITED SECURITY BANK and UNITED  
　　　　　　　　　　　　　　　　　　　　　　SECURITY BANCSHARES

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION FOR DISMISSAL AND ORDER THEREON

Dated: July 10, 2009            THE LAW OFFICES OF PAUL L. REIN

                                              By:   /s/Paul L Rein
                                                      PAUL L. REIN
                                                      Attorneys for Plaintiffs
                                                      SUZANNE GARCIA and
                                                      TAMMY DENNISON

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiffs SUZANNE GARCIA and TAMMY DENNISON is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

Dated:   July 22, 2009            /s/ Lawrence J. O'Neill
                                                LAWRENCE J. O'NEILL
                                                JUDGE OF THE U. S. DISTRICT COURT

88138/00007-1419492.v1